UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM G. CARTER,                    )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )      No. 4:06CV01466 ERW
                                      )
CHRIS CHAMBERLIN,                     )
                                      )
        Defendant.                    )

## ORDER AND MEMORANDUM

This matter is before the Court upon the application of William G. Carter for leave to

commence this action without payment of the required filing fee. *See* 28 U.S.C. § 1915(a). Upon

consideration of the financial information provided with the application, the Court finds that plaintiff

is financially unable to pay any portion of the filing fee. Therefore, plaintiff will be granted leave to

proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma

pauperis [Doc. #1] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to

be issued upon the complaint.

So Ordered this 16th Day of January, 2007.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**